THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Yolanda Denise
 Huggins, Appellant.
 
 
 

Appeal From Richland County
Michelle J. Childs, Circuit Court Judge
Unpublished Opinion No. 2009-UP-178
Submitted April 1, 2009  Filed April 30,
 2009
APPEAL DISMISSED

 
 
 
 Appellate Defender M. Celia Robinson, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney Donald J. Zelenka, and Solicitor
 Warren B. Giese, all of Columbia; for Respondent.
 
 
 

PER CURIAM: Yolanda Denise Huggins appeals her guilty plea and
 sentence for breach of trust over $5,000, arguing her plea failed
 to comply with the mandates set forth in Boykin v. Alabama, 395 U.S. 238
 (1969).  After a thorough
 review of the record and counsels brief, pursuant to Anders v. California,
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
HUFF, WILLIAMS, and KONDUROS, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.